UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKY HIGH SPORTS LLC, a California and Nevada Limited Liability Company, et al.,<br><br>Defendants. | No. 2:14-cv-2086 GEB DAD<br><br>ORDER |

On July 31, 2015, this matter came before the undersigned for hearing of plaintiff's motion to compel. Attorney Edward Donohue appeared on behalf of the plaintiff and attorney Kenneth Sisco appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Dkt. No. 16) is granted; and

/////

/////

/////

/////

1

     2. Defendants shall produce responses to plaintiff's discovery requests within sixty days of the date of this order.

Dated: July 31, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\kinsale2086.oah.073115.docx