1  
2  ROBERT J. ROMERO (SBN: 136539)
   EDWARD F. DONOHUE (SBN 112730)
3  CRISTINA L. PIECHOCKI (SBN: 291860)
   HINSHAW & CULBERTSON, LLP
4  One California Street, 18th Floor
   San Francisco, CA 94111
5  Telephone: (415) 362-6000
   Facsimile: (415) 834-9070
6  rromero@hinshawlaw.com

7  Attorneys for Plaintiff
   Kinsale Insurance Company

8  
9              UNITED STATES DISTRICT COURT
10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11  KINSALE INSURANCE COMPANY,       )   No. 2:14-cv-02086-GEB-KJN (TEMP)
    an Arkansas corporation,         )
12                                   )
                                     )   **STIPULATION AND ORDER TO**
13           Plaintiff,              )   **EXTEND TIME FOR DEFENDANTS**
                                     )   **TO RESPOND TO PLAINTIFF'S**
14     vs.                           )   **REQUEST FOR PRODUCTION OF**
                                     )   **DOCUMENTS**
15  SKY HIGH SPORTS LLC, a California)
    and Nevada Limited Liability Company, )
16  SKY HIGH SPORTS CONCORD LLC,     )
    a California and Nevada Limited  )
17  Liability Company, SKY HIGH      )
    SPORTS NASHVILLE LLC, a Nevada   )
18  and Tennessee Limited Liability  )
    Company, SKY HIGH SPORTS         )
19  ONTARIO LLC, a California and    )
    Nevada Limited Liability Company,)
20  SKY HIGH SPORTS OPPORTUNITIES    )
    LLC, a California and Nevada Limited )
21  Liability Company, SKY HIGH      )
    SPORTS ORANGE COUNTY LLC, a     )
22  California and Nevada Limited liability )
    Company, SKY HIGH SPORTS         )
23  SACRAMENTO LLC, a California and )
    Nevada Limited Liability Company,)
24  SKY HIGH SPORTS SANTA CLARA      )
    LLC, a California and Nevada Limited )
25  Liability Company, SKY HIGH      )
    SPORTS SEATTLE LLC, a Nevada and )
26  Washington Limited Liability Company, )
    and DOES 1-20 inclusive,         )
27                                   )
             Defendants.             )
28  

1

1  This Stipulation is made by and between Plaintiff KINSALE INSURANCE
2  COMPANY ("Kinsale") and Defendants SKY HIGH SPORTS LLC, SKY HIGH
3  SPORTS CONCORD LLC, SKY HIGH SPORTS NASHVILLE LLC, SKY HIGH
4  SPORTS ONTARIO LLC, SKY HIGH SPORTS OPPORTUNITIES LLC, SKY
5  HIGH SPORTS ORANGE COUNTY LLC, SKY HIGH SPORTS SACRAMENTO
6  LLC, SKY HIGH SPORTS SANTA CLARA LLC, and SKY HIGH SPORTS
7  SEATTLE LLC (collectively, "Sky High"), by and through their respective counsel of
8  record.
9  WHEREAS on or about September 9, 2014, Kinsale filed its Complaint against
10 Sky High for breach of contract and declaratory relief (the "Complaint");
11 WHEREAS on or about April 13, 2015, Kinsale served each named defendant
12 with Plaintiff's Request for Production of Documents, Set One ("Requests");
13 WHEREAS on or about June 26, 2015, Kinsale filed a motion to compel Sky
14 High's responses to the Requests;
15 WHEREAS on or about August 8, 2015, Magistrate Judge Dale A. Drozd
16 granted Kinsale's motion to compel and ordered that Sky High produce responses to
17 the Requests within 60 days of the Order;
18 WHEREAS on or about September 1, 2015 and September 2, 2015, Kinsale
19 conducted an premium audit of Sky High;
20 WHEREAS Kinsale and Sky High are currently meeting and conferring
21 regarding the results of the premium audit;
22 WHEREAS Kinsale is currently analyzing the results of the premium audit,
23 and making a determination as to what further responses IF ANY, are required;
24 WHEREAS Kinsale has agreed to provide Sky High additional time,
25 specifically until November 30, 2015, in which to comply with the Court's Order to
26 produce responses to the Requests.
27 / / /
28 / / /

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Kinsale and Sky High, by and through their counsel of record that Kinsale will provide Sky High with an extension of time until November 30, 2015 to provide responses to the Requests.

IT IS SO STIPULATED.

Date: November 2, 2015                                HINSHAW & CULBERTSON LLP


*/s/ Cristina L. Piechocki*
ROBERT J. ROMERO
EDWARD F. DONOHUE
CRISTINA L. PIECHOCKI
Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

Date: October 30, 2015                                 SISCO & NARAMORE


*/s/ Kenneth D. Sisco*
KENNETH D. SISCO
Attorneys for Defendants
SKY HIGH SPORTS LLC, SKY HIGH SPORTS CONCORD LLC, SKY HIGH SPORTS NASHVILLE LLC, SKY HIGH SPORTS ONTARIO LLC, SKY HIGH SPORTS OPPORTUNITIES LLC, SKY HIGH SPORTS ORANGE COUNTY LLC, SKY HIGH SPORTS SACRAMENTO LLC, SKY HIGH SPORTS SANTA CLARA LLC, and SKY HIGH SPORTS SEATTLE LLC

///
///
///
///
///

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: November 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

BVD\kinsale2086.stip.eot.ord.doc