UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKY HIGH SPORTS, LLC, a California and Nevada Limited liability Company, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-02086-MCE-KJN<br><br>**ORDER** |

　　　　Presently before the Court is Plaintiff's Unopposed Motion for leave to file an Amended and Supplemental Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(d).[1] The Motion also requests that the court issue a revised Pretrial Scheduling Order pursuant to Rule 16.   Plaintiff's Motion is made on grounds that once the Court granted summary judgment compelling a premium audit pursuant to the insurance policies at issue in this litigation, new and related contractual disputes have arisen among the parties regarding amounts owed to Plaintiff for the insurance coverage it provided.  Consequently, the parties have agreed that a supplemental

---

[1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure unless otherwise noted.

1 complaint is proper based on these new disputes.  Moreover, since the parties also
2 concur that new and additional discovery is needed in order to explore the new issues
3 raised within that complaint, Plaintiff's Motion asks the Court to revise its Pretrial
4 Scheduling Order in order to permit such discovery.

5      Rule 15(a) provides that leave to amend a pleading "shall be freely given when
6 justice so requires," and both the parties' agreement as well as the circumstances of this
7 matter indicate that the complaint should be amended in this matter.

8      With regard to the need to revise the Pretrial Scheduling Order, since Plaintiff's
9 Motion was filed, that has become a moot point given the reassignment of this case to
10 the undersigned on November 6, 2015, and this Court's subsequent issuance of its own
11 Pretrial Scheduling Order on March 7, 2016 (ECF No. 32).  The extended dates and
12 deadlines set forth in the now operative Pretrial Scheduling Order should be more than
13 ample to accommodate the additional discovery contemplated by the parties.

14      In sum, then, Plaintiff's Unopposed Motion for Leave to Amend Complaint (ECF
15 No. 28) is GRANTED, except that the request made therein for a revision of the
16 operative Pretrial Scheduling Order is DENIED as moot.[2]  Plaintiff is directed to file its
17 Proposed First Amended and Supplemental Complaint not later than ten (10) days after
18 the date this Order is electronically filed.

19      IT IS SO ORDERED.
20 Dated:  May 12, 2016

[signature]

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).