ROBERT J. ROMERO (SBN: 136539)
EDWARD F. DONOHUE (SBN: 112730)
HINSHAW & CULBERTSON, LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070
rromero@hinshawlaw.com

Attorneys for Plaintiff
Kinsale Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKY HIGH SPORTS CONCORD LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS NASHVILLE LLC, a Nevada and Tennessee Limited Liability Company, SKY HIGH SPORTS ONTARIO LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS OPPORTUNITIES LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS SACRAMENTO LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS SANTA CLARA LLC, a California and Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:14-cv-02086-MCE-DB<br><br>**OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:  September 8, 2016<br>Time:  2:00 p.m.<br>Dept.: 14/Judge Morrison C. England, Jr.<br><br>First Amended Complaint<br>   Filed:  May 23, 2016 |

Plaintiff Kinsale Insurance Company opposes Defendants motion for extension of time on the following grounds:

1.  Defendants have already had a total of 65 days, as opposed to the normal 14 days, to respond to the pending motion for summary adjudication because of the unavailability of an earlier hearing date. This was ample time to prepare complete

opposition papers.

2. The motion is improper in not providing a sworn declaration in conformity with the rules.

3. On the due date counsel spoke with Mr. Sisco and advised him that it was impossible to reach the client at that late date and time seek authority for a stipulation or any other authority with respect to the Defendants' unilateral effort to seek more time. Counsel merely stated that, although it was doubtful such an extension could be unilaterally granted on such late notice, an equal amount of extra time should be afforded to Kinsale. Kinsale opposes the motion for extension.

4. Before the motion for an extension of time was filed counsel sent an email confirming Kinsale would not so stipulate and also explaining why it opposed the extension. In particular, such a brief extension could not possibly suffice to meet and confer and reach an agreement on amounts subject to dispute in furtherance of such an extension as outlined in the motion to extend. As such, stating there was no opposition after receipt of that email is a misrepresentation of the discussion in question to the court.

4. Plaintiff expected that, if such an application was filed ex parte, the extension would be obtained by the due date, yesterday August 25, 2016. By failing to obtain the extension on or by the due date Defendants have clearly forfeited any right to seek an extension. Moreover, the improper tardy way in which the application was filed leaves the entire briefing schedule in doubt potentially giving Plaintiff only three business days to respond to an opposition over 70 days in the making. The motion should be denied given the prejudice it has created and Defendants should be ordered to file their briefs forthwith.

///

///

///

///

5. Finally, if the court grants such a motion, an equal amount of additional time should be granted to Plaintiff.

Date:  August 26, 2016                          HINSHAW & CULBERTSON LLP

*/s/ Edward F. Donohue*
_____
ROBERT J. ROMERO
EDWARD F. DONOHUE
Attorneys for Plaintiff
Kinsale Insurance Company