UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>SKY HIGH SPORTS CONCORD LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS NASHVILLE LLC, a Nevada and Tennessee Limited Liability Company, SKY HIGH SPORTS ONTARIO LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS OPPORTUNITIES LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS SACRAMENTO LLC, a California and Nevada Limited Liability Company, SKY HIGH SPORTS SANTA CLARA LLC, a California and Nevada Limited Liability Company,<br><br>Defendants. | No. 2:14-cv-02086-MCE-DB<br><br>**ORDER** |

In bringing this lawsuit, Kinsale Insurance Company ("Plaintiff") sought redress from Sky High Sports Opportunities LLC ("Opportunities") and three Sky High Sports franchisees: Sky High Sports Santa Clara LLC, Sky High Sports Sacramento LLC, and Sky High Sports Concord LLC ("Ownership Companies"). On May 25, 2017, this Court

1

granted summary judgment in favor of Plaintiff (ECF No. 56) as to Defendants' liability for breach of contract arising from Defendants' failure to pay certain unreimbursed deductibles and insurance premiums payable under the terms of two policies of insurance issued by Plaintiff: (1) the September 21, 2011 to September 21, 2012 policy issued to Ownership Companies and Opportunities; and (2) the September 21, 2012 to September 21, 2013 policy issued to Ownership Companies. The Court went on to deny, however, without prejudice, any determination as to the specific amounts owed to Plaintiff by each Defendant, and with regard to any prejudgment interest owed on those amounts, since the amounts owed remained unclear. The Court directed the parties to schedule a prove-up hearing addressing just how much each Defendant owed under the two policies in question, and what prejudgment interest, if any, should be awarded.

On June 22, 2017, Plaintiff filed its Memorandum of Points and Authorities in Support of Defendants' Liability for Unpaid Insurance Premium and Deductibles, and Prejudgment Interest. ECF No. 57-1. A prove-up hearing was scheduled for July 27, 2017. On July 24, 2017, in the absence of any papers being submitted by Defendants in connection with the prove-up hearing, the Court directed Plaintiff to submit a declaration or declarations establishing the amounts owed by Defendants. That prompted Defendants to file an Ex Parte Motion for Leave to File Late Response (ECF No. 59) which Plaintiff opposed. ECF No. 60. While the Court granted Defendants' request and permitted them to respond not later than August 28, 2017 (ECF No. 62), Defendants proceeded to file a Statement of Non-Opposition (denominated in the filing as a Notice of non-Response) on August 28, 2017. ECF No. 64.

In the meantime, on August 7, 2017, Plaintiff filed the Declaration of Kay Payer establishing Plaintiff's method of calculating the amounts owed, including prejudgment interest. Given Defendants' subsequent non-opposition, Plaintiff's position as evidenced by its various filings, including the Payer Declaration, is unopposed and will be adopted by the Court as set forth below.

///

First, with regard to the discrepancies noted in the Court's May 25, 2017 Memorandum and Order as to how the aggregate sums owed were calculated, Ms. Payer's declaration, as well as previous filings made by Plaintiff, shows that the ultimate net liability for excess premiums for the 2011-12 and 2012-13 policy periods is $426,996.00 and $350,376.00, respectively. For the 2011-12 excess premiums, Opportunities owes the full amount, along with the Ownership Companies, since both groups were included as insureds. For the subsequent 2012-13 period, however, because Opportunities was not listed as an insured, it is not liable for the additional premium owed.

When the unreimbursed deductible payments[1] are added to the above unpaid premium figures, Opportunities owes Plaintiff $496,818.76. The Ownership Companies, in addition to the unreimbursed deductible payments made on their behalf, owe Plaintiff another $350,376.00 in excess premiums for the 2012-13. Given Plaintiff's position, as unopposed by Defendants, that the Ownership Companies owe the entire aggregate premiums due under both policies, that makes the Ownership Companies jointly and severally liable (along with Opportunities) for the $426,996.00 in premium payments owed for 2011-12. That makes the total amount owed to Plaintiff by the Ownership Companies $873,783.76.

In addition, Plaintiff's papers show that its inclusion of Sky High Sports Ontario LLC in its Amended Notice of Motion for Summary Adjudication was in error, and that Plaintiff instead intended to list Sky High Sports Concord LLC, which was insured under both the 2011-12 and 2012-13 policies. This makes sense since Plaintiff had earlier agreed that the Ontario franchisee owed no express premium or deductible payments. Consequently, since both entities were represented by counsel throughout this litigation, the Court will rectify Plaintiff's error and substitute Concord for any reference to Ontario when referring to the Ownership Companies.

---

[1] Defendants do not dispute that they owe Plaintiff for unreimbursed deductible payments made by Plaintiff, which Plaintiff calculates at $69,822.76 for Opportunities and $96,411.76 for the Ownership Companies.

Finally, with regard to prejudgment interest, Defendants are limited liability companies registered in both California and Nevada. Prejudgment interest in a diversity action like this one is governed by state law. In re Exxon Valdez, 484 F.3d 1098, 1101 (9th Cir. 2007). Plaintiff consequently seeks prejudgment interest for the period between May 23, 2016, when Plaintiff served its Complaint, and May 25, 2017, when the Court granted Plaintiff's Motion for Summary Judgment, in accordance with Nevada law. Under Nevada Revised Statutes section 17.130(2), Plaintiff calculates the applicable interest rate at 5.75%, the propriety of which is not opposed. Given the one-year period that elapsed between service of the Complaint and the granting of Plaintiff's Motion for Summary Judgment, and based on the total amounts owed as outlined above, Plaintiff requests prejudgment interest in the amount of $28,567.07 from Opportunities and $96,411.76 from the Ownership Companies. Those sums are unopposed and will be awarded.

In sum, based on the foregoing calculations, the Clerk of Court is directed to enter judgment in Plaintiff's favor against Defendant Sky High Sports Opportunities LLC (Opportunities) in the amount of $525,385.83 and collectively against Sky High Sports Concord LLC, Sky High Sports Sacramento LLC and Sky High Sports Santa Clara LLC (the Ownership Companies) for $924,026.32. The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 22, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4